UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-CV-02405-WWB-DCI

HOWARD COHAN,

    Plaintiff,

vs.

GIRNAR LLC
Florida Limited Liability Company
d/b/a DAYS INN

    Defendant(s).
_____/

## **JOINT NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, GIRNAR LLC, Florida Limited Liability Company, d/b/a DAYS INN, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 16, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kyle T. Berglin** |
|---|---|
| Gregory S. Sconzo, Esq. | Kyle T. Berglin, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 84027 |
| Sconzo Law Office, P.A. | kberglin@boydlawgroup.com |
| 3825 PGA Boulevard, Suite 207 | mcouto@boydlawgroup.com |
| Palm Beach Gardens, FL 33410 | |

1

| | |
|---|---|
| Telephone: (561) 729-0940 | **BOYD RICHARDS PARKER &** |
| Facsimile: (561) 491-9459 | **COLONNELLI, P.L.** |
| Email: greg@sconzolawoffice.com | *Attorneys for Defendant* |
| Email: perri@sconzolawoffice.com | 100 Southeast 2nd Street, Suite 2600 |
| Attorney for Plaintiff | Miami, Florida 33131 |
| | Telephone: (786) 425-1045 |
| | Facsimile: (786) 425-3905 |
| | Service Email: |
| | ServiceMIA@boydlawgroup.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**